AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TARI K. JOHNSON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| NOVO NORDISK INC. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   26-CV-61080 LEIBOWITZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NOVO NORDISK INC.,
c/o C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tanesha W. Blye, Esq.
THE LAW OFFICE OF T. WALLS BLYE, PLLC
66 West Flagler Street, Ste. 900, Miami, Florida 33130;
15800 Pines Blvd., Ste. 321, Pembroke Pines, Florida 33027
(305) 482-1209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 14, 2026



**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts